IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Securities and Exchange Commission

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25cv09507 |
| Bluesky Eagle Capital Management Ltd. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Securities and Exchange Commission

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25cv09505 |
| Supreme Power Capital Management Ltd. | |
| Defendant | |

IH-32 Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

On November 13, 2025, the SEC filed a complaint against Supreme Power Capital Management Ltd. (SEC v. Supreme Power Capital Management Ltd., No. 25-cv-09505). The Court has not entered any rulings in the case.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Pursuant to Local Civil Rule 1.6, the SEC provides notice that this case (SEC v. Bluesky Eagle Capital Management Ltd., No. 25-cv-09507) is related to a case filed on November 13, 2025 in this district (SEC v. Supreme Power Capital Management Ltd., No. 25-cv-09505).

Both cases arise out of the same alleged material misrepresentations made on a Form ADV (a form used by investment advisers to register with both the SEC and state securities regulators) that they are public companies operating out of office space in New York City; that they manage $10 million in assets in the United States; that they advise a private fund; and that a separate registered investment adviser ("RIA") reports information about the private funds to the SEC on its own Form ADV. Contrary to these representations, the current residents of each of those claimed office spaces have no knowledge of the entities or their purported management personnel; the separate RIA has not reported information about the purported private funds; and a search of the SEC's public company database yields no information on either entity. Moreover, during the SEC's investigation, both entities failed to respond to requests to provide substantiating information regarding the statements on the Forms ADV.

Because both cases arise out of the same or substantially similar misstatements on a Form ADV filed with the SEC, there is substantial factual overlap; both actions concern the same or substantially similar transactions or events; and judicial efficiencies would result from a finding of relatedness.

Signature: /s David London (pro hac vice pending)     Date: November 14, 2025

Securities and Exchange Commission

Firm: _____